UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JUNELL GACHETT,<br><br>            Plaintiff,<br><br>      vs.<br><br>R. WHITFORD,<br><br>            Defendant. | 1:13-cv-00568-GSA-PC<br><br>ORDER GRANTING MOTION TO DISMISS PURSUANT TO RULE 41 (Doc. 7.)<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY WITHOUT PREJUDICE<br><br>ORDER DIRECTING CLERK TO CLOSE FILE |

Plaintiff Troy Junell Gachett ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint on April 19, 2013. (Doc. 1.)  On April 29, 2013, plaintiff consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance.  (Doc. 5.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

On May 30, 2013, plaintiff filed a motion to voluntarily dismiss this lawsuit.  (Doc. 7.)

///

///

///

1

1    In Wilson v. City of San Jose, the Ninth Circuit explained:

2          Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily
     dismiss his action prior to service by the defendant of an answer or a motion for
3    summary judgment.  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995)
     (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534
4    (9th Cir. 1987)).  A plaintiff may dismiss his action so long as the plaintiff files
     a notice of dismissal prior to the defendant's service of an answer or motion for
5    summary judgment. The dismissal is effective on filing and no court order is
     required.  Id.  The plaintiff may dismiss some or all of the defendants, or some
6    or all of his claims, through a Rule 41(a)(1) notice.  Id.; Pedrina v. Chun, 987
     F.2d 608, 609-10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal
7    with the court automatically terminates the action as to the defendants who are
     the subjects of the notice.  Concha, 62 F.2d at 1506.  Unless otherwise stated,
8    the dismissal is ordinarily without prejudice to the plaintiff's right to commence
     another action for the same cause against the same defendants.  Id. (citing
9    McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir.
     1987)).  Such a dismissal leaves the parties as though no action had been
10   brought.  Id.

11

12   Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  No defendant has filed an

13   answer or motion for summary judgment in this action.  Therefore, plaintiff's motion to dismiss

14   shall be granted.

15         Accordingly, IT IS HEREBY ORDERED that:

16         1.      Plaintiff's motion to dismiss the complaint is GRANTED;

17         2.      This action is DISMISSED in its entirety without prejudice; and

18         3.      The Clerk of the Court is DIRECTED to close the file in this case and adjust the

19                 docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

20

21

22

23   IT IS SO ORDERED.

24     Dated:   **May 31, 2013**                          **/s/ Gary S. Austin**
25                                                UNITED STATES MAGISTRATE JUDGE

26

27

28

2